UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 14 2015

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-15-428 |
| | § | |
| GERARDO VINALAY | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about April 1, 2013, to on or about September 24, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**GERARDO VINALAY**

willfully and knowingly embezzled, stole, purloined, and converted to defendant's use, money, thing of value, and property of the United States Postal Service, a department or agency of the United States, and the value of said money, thing of value, and property, in the aggregate, exceeds $1,000.00.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY